USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/12/2025

# LAW OFFICES OF MICHAEL

| | |
|---|---|
| 295 Madison Avenue, 22nd Floor | 30 Ra... |
| New York, NY 10017 | Orangeburg, NY 10962 |
| (646) 517-0600 | (845) 359-4600 |
| msteger@steger-law.com | (845) 638-2707 (fax) |

www.steger-law.com

December 9, 2025

**BY ECF**

Hon Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:     ***Robert G. Mackie. v. Marc Schwartz, et al.***
              **No. 1:25-cv-9015-AT**

Dear Judge Torres:

I represent Defendants Marc Schwartz and Bob Mackie Design Group, Inc. in this matter.

I write together with counsel for Plaintiff Robert Mackie to jointly request that the deadline for the parties to submit their initial joint report (ECF Dkt. #20) be continued from January 5, 2026 to January 12, 2026.

This is the first request for an extension of time for the parties to submit their joint report.

Thank you for your consideration of this request.

Sincerely yours,

*Michael D. Steger*

Michael D. Steger

cc:  All counsel (via ECF)

GRANTED.  By **January 12, 2026**, the parties shall file their proposed case management plan and joint letter.

SO ORDERED.

Dated:  December 11, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge