USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  ___1/6/2026___

# LAW OFFICES OF MICHAEL ▌

295 Madison Avenue, 22nd Floor          30 Raml ▌
New York, NY 10017                      Orangeb▌▌▌, ▌▌ ▌▌▌▌▌
(646) 517-0600                          (845) 359-4600
msteger@steger-law.com                  (845) 638-2707 (fax)
www.steger-law.com

January 5, 2026

**BY ECF**

Hon Analisa Torres
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re:    ***Robert G. Mackie. v. Marc Schwartz, et al.***
             **No. 1:25-cv-9015-AT**

Dear Judge Torres:

I represent Defendants Marc Schwartz and Bob Mackie Design Group, Inc. in this matter.

I write with the consent of counsel for Plaintiff Robert Mackie to request that the deadline for the defendants to respond to the complaint be continued from January 5, 2026 to January 12, 2026. The parties still plan to submit their initial pretrial report on January 12th.

This is the second request for an extension of time for defendants to respond to the complaint.

Thank you for your consideration of this request.

Sincerely yours,

*Michael D. Steger*
Michael D. Steger

cc:  All counsel (via ECF)

GRANTED.

SO ORDERED.

Dated:  January 6, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge